[No. 36768-8-II.   Division Two.   November 25, 2008.]

THE STATE OF WASHINGTON, *Appellant*, v. TIMOTHY DALE NEWHOUSE, *Respondent*.

Appeal from a judgment of the Superior Court for Lewis County, No. 07-1-00011-3, Nelson E. Hunt, J., entered September 11, 2007. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton and Armstrong, JJ.

[No. 36815-3-II.   Division Two.   November 25, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH DANIEL WALKER, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 07-1-01121-1, Christine A. Pomeroy, J., entered September 20, 2007. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton and Armstrong, JJ.

[No. 36922-2-II.   Division Two.   November 25, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL J. SCANLON, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 07-8-00488-1, Wm. Thomas McPhee, J., entered September 27, 2007. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton and Hunt, JJ.

[No. 37391-2-II.   Division Two.   November 25, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN LLOYD HAYNES, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 07-1-00723-1, James W. Lawler, J., entered February 28, 2008. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Penoyar, A.C.J., and Quinn-Brintnall, J.